IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BENNIE AUSTIN MACK, JR.,               )
                                       )
            Plaintiff,                 )
                                       )
        v.                             )   1:08CV753
                                       )
JAMES R. WOODALL, JR., et al.,         )
                                       )
            Defendants.                )

## ORDER

The Recommendation of the United States Magistrate Judge [Doc. #3] was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 28, 2008, was served on the parties in this action. On November 12, 2008, Plaintiff filed objections to the Recommendation. [Doc. # 6].

The court has now reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a de novo determination that is in accord with the Recommendation. The court therefore adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED** that this action is DISMISSED sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

This is the 21st day of May, 2010.

                                                /s/   N. Carlton Tilley, Jr.
                                                Senior United State District Judge